# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145861

VINCENT RUSSELL COATES,
      Plaintiff-Appellant,

v

                               SC: 145861
                               COA: 307096
ALGER CORRECTIONAL FACILITY         Luce CC: 10-005273-AH
WARDEN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 26, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013                               _____

s0122                                                 Clerk